J-E01002-22

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| TIMOTHY A. UNGAREAN, DMD D/B/A SMILE SAVERS DENTISTRY, PC, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS | : : : : : : : : : : : : : : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | | |
| | | No. 490 WDA 2021 |
| CNA AND VALLEY FORGE INSURANCE COMPANY | | |
| Appellants | | |

Appeal from the Order Entered March 26, 2021
In the Court of Common Pleas of Allegheny County
Civil Division at No(s):  GD-20-006544

| | | |
|---|---|---|
| TIMOTHY A. UNGAREAN, DMD D/B/A SMILE SAVERS DENTISTRY, PC, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS | : : : : : : : : : : : : : : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | | |
| | | No. 948 WDA 2021 |
| CNA AND VALLEY FORGE INSURANCE COMPANY | | |
| Appellants | | |

Appeal from the Order Entered March 26, 2021
In the Court of Common Pleas of Allegheny County
Civil Division at No(s):  GD-20-006544

BEFORE:  PANELLA, P.J., BENDER, P.J.E., BOWES, J., LAZARUS, J., STABILE, J., KUNSELMAN, J., NICHOLS, J., McLAUGHLIN, J., and KING, J.

JUDGMENT ORDER BY PANELLA, P.J.:          **FILED: December 18, 2024**

In accordance with the Opinion of the Supreme Court of Pennsylvania[1] dated September 26, 2024, docketed at Nos. 11 WAP 2023 and 12 WAP 2023, attached hereto, these matters are remanded to the Court of Common Pleas of Allegheny County, Civil Division at No(s): GD-20-006544, with instructions to enter summary judgment in favor of CNA and Valley Forge Insurance Company.

Case remanded. Jurisdiction relinquished.

PER CURIAM

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

DATE: 12/18/2024

---

[1] ***Ungarean v. CNA and Valley Forge Insurance Company***, --- A.3d ---, 2024 WL 4293339 (Pa. Sept. 26, 2024).